IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHEQUITA LINETTE JOINER PLAINTIFF

v. Case No. 1:26-cv-01030

TRUMAN YOUNG;
ESTATE OF DAVID BUTLER, JR.;
and DAVID TALLEY, JR. DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Singleton recommended that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice for three separate reasons. First, Plaintiff's Amended Complaint failed to state a cognizable claim under 42 U.S.C. § 1983. Second, Plaintiff's Amended Complaint is barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Third, Plaintiff's Amended Complaint is time barred.

Plaintiff filed a timely objection to the R&R. ECF No. 12. However, even giving the objection a liberal construction, Plaintiff has not put forth a specific objection to Judge Singleton's reasoning. *See U.S. v. Sellner*, 773 F.3d 927, 932 (8th Cir. 2014) (noting that pro se filings must be liberally construed). Instead, Plaintiff primarily reiterates the factual allegations from her Amended Complaint and does not address the various shortcomings in her allegations that Judge Singleton identifies. Thus, the Court need only review the R&R for clear error. *See Thompson v. Nix*, 897 F.2d 356, 358-59 (8th Cir. 1990) (noting that an objection to a magistrate judge's R&R must be timely and specific to require a de novo review of the R&R).

Upon review, finding no clear error on the face of the record and that Judge Singleton's

reasoning is sound, the Court adopts the R&R (ECF No. 12) in its entirety. Accordingly, Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge